# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Yvette Barbara Baldwin,

    Plaintiff,

        v.                        Case No. 1:12cv133

State of Indiana, *et al.*,                  Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 21, 2012 (Doc. 4).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED**. The Complaint (Doc. 3) is **DISMISSED** consistent with the opinion by the Magistrate Judge including the denial by the plaintiff for leave to appeal *in forma pauperis.*

    **IT IS SO ORDERED.**

                                             *S/Michael R. Barrett*
                                             Michael R. Barrett
                                             United States District Judge